IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY TARVIN,** ) | |
| **FERRIS WILLIAMS**, ) | |
| and **JAMES THOMPSON,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No.  **09-655-GPM-CJP** |
| v. ) | |
| ) | |
| **BOARD of EDUCATION of** ) | |
| **EAST ST. LOUIS SCHOOL** ) | |
| **DISTRICT No. 189, and** ) | |
| **LONZO GREENWOOD,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiffs' Motion to Compel.  **(Doc. 32)**.  Defendants filed a response in opposition at **Doc. 33**.

The motion concerns defendants' responses to plaintiffs' first and second set of discovery requests.

Plaintiffs first seek an order compelling defendants to fully answer interrogatory number 4 of the first set of interrogatories.  Interrogatory number 4 states "List all facts that Defendants contend refute the Plaintiffs' allegations in their Complaint in this case.  Please identify all documents that support those contentions."  Plaintiffs did not include a copy of defendants' objection with their motion.  They purported to attach four exhibits to their Motion, but actually attached four copies of plaintiffs' first interrogatories.  Defendants quoted their objection in their response to the motion, at **Doc. 33, pp. 1-2**.

1

Defendants object that interrogatory number 4 is overly broad, and improperly and prematurely seeks an answer to the complaint before defendants' motion to dismiss has been decided.  They are correct.

Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  The motion to dismiss has been taken under submission by Judge Murphy.  Defendants are not required to answer the allegations of the complaint until the motion to dismiss has been ruled on.  Fed.R.Civ.P. 12(a).

Plaintiffs also complain that defendants had not responded at all to their second set of discover requests.  In their response, defendants state that they mailed their responses on February 22, 2010.  The responses to the second set of discovery requests are subject to a second motion to compel **(Doc. 34)**, which is not yet ripe for decision.

For the foregoing reasons, plaintiffs' Motion to Compel **(Doc. 32)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  March 8, 2010.**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**