IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY TARVIN,** ) | |
| **FERRIS WILLIAMS**, ) | |
| **and JAMES THOMPSON,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No.  **09-655-GPM-CJP** |
| v. ) | |
| ) | |
| **BOARD of EDUCATION of** ) | |
| **EAST ST. LOUIS SCHOOL** ) | |
| **DISTRICT No. 189, and** ) | |
| **LONZO GREENWOOD,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiffs' Fourth Motion to Compel.  (**Doc. 56**).  Defendants filed a response in opposition at **Doc. 61**, to which plaintiffs replied at **Doc. 64.**

Plaintiffs were employed by defendant East St. Louis School District.  They allege that defendants demoted them, reduced their salaries, and ultimately fired them because of their political affiliations.

Defendants' response and plaintiffs' reply establish that only one discovery request remains in issue, namely, interrogatory number 1 of plaintiffs' third set of interrogatories.  In that question, plaintiffs ask defendants to name every employee of the District who is related to a member of the Board of Education by blood, adoption or marriage.  Defendants object that this information is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Defendants' objection is well-taken.  In their Amended Complaint, **Doc. 60**, plaintiffs allege that defendants demoted and fired them because of their political affiliations.  Familial relationships between other District employees and members of the Board of Education are not

relevant to the issues presented by plaintiffs' claims.

Upon consideration and for good cause shown, plaintiffs' Fourth Motion to Compel **(Doc. 56)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  August 17, 2010.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**